UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| SAVANNAH BERGER, § | |
| *Plaintiff,* § | |
| § | Case No. 4:21-cv-00190 |
| v. § | |
| § | |
| REPUBLICAN NATIONAL COMMITTEE, § | |
| *Defendant.* § | |

# EXHIBIT A
# FILED UNDER SEAL